Order issued November 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01520-CV

CONTINUUM HEALTH SERVICES, LCC, DR. DAN BARTEL, PATRICK LEE, AND MARK BAYARS, Appellants

V.

SHEILA CROSS, Appellee

## ORDER

Before the Court is Appellants' Unopposed Motion for Leave to File an Amended Response to Appellee's Motion to Supplement Sur-Reply. We **GRANT** the motion and we **ORDER** appellants' amended response to appellee's motion to supplement sur-reply filed as of the date of this order.

JIM MOSELEY
PRESIDING JUSTICE